UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VIKTORIIA HORDIICHUK,

                   Petitioner,

      v.

PAMELA BONDI, et al.,

                   Respondents.

Case No. 5:26-cv-01278-SRM-RAO

**ORDER PRESERVING THIS COURT'S JURISDICTION OVER PETITIONER'S HABEAS PETITION [4] AND SETTING BRIEFING SCHEDULE**

Having reviewed Petitioner Viktoriia Hordiichuk's ("Petitioner") *ex parte* application for a temporary restraining order, Dkt. 4, the Court **ORDERS** the following:

1.     To preserve this Court's jurisdiction pending a ruling in this matter, it is **ORDERED** that Petitioner shall not be removed to a location outside the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action unless and until the Court orders otherwise. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."). Further, to ensure Petitioner has adequate access to legal counsel pending a ruling on the Petition, it is **ORDERED** that

-1-

Petitioner shall not be transferred except to a facility within this District, absent further order from this Court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (stating that the District Court has "the power to preserve existing conditions while . . . determining its own authority to grant injunctive relief").

2. Respondents must file either an opposition or notice of non-opposition to the *ex parte* application on or before March 26, 2026.

3. Petitioner may file a reply on or before March 31, 2026.

4. Unless the court orders otherwise, Petitioner's *ex parte* application will be deemed submitted, without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

5. The Clerk of Court is directed to serve copy of this order on Respondents forthwith.

**IT IS SO ORDERED.**

Dated: March 20, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-