# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTORIIA HORDIICHUK,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE,[1] et al.,<br><br>Respondents. | **Case No. CV 5:26-01278 RAO**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is Granted in Part.


DATED:  April 3, 2026

_Rozella A. Oliver_
_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, the Acting U.S. Attorney General, is hereby substituted as the respondent.